IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| CRYSTAL D. COTTER, | CV 17-60-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Defendant has filed an unopposed motion to for an extension of time to file a responsive brief. (Doc. 19.) Good cause appearing, **IT IS ORDERED** that Defendant's responsive brief is due January 26, 2018, and Plaintiff's reply brief is due February 9, 2018.

DATED this 21st day of December, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge